```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
KIRAN VUPPALA,                                                         :
                                                                       :
                              Plaintiff,                               :
                                                                       :         22 Civ. 4424 (JPC)
                   -v-                                                 :
                                                                       :              ORDER
LUXOTTICA USA LLC,                                                     :
                                                                       :
                              Defendant.                               :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      Plaintiff served newly-added Defendant Luxottica USA LLC with its Amended Complaint on October 28, 2022, thereby setting its deadline to respond to the Complaint as November 18, 2022. Dkt. 16. That deadline has passed, and the docket does not reflect a response to the Amended Complaint from Defendant. Accordingly, the Court adjourns *sua sponte* Defendant's deadline to respond to the Complaint to November 28, 2022. If Defendant once again fails to respond to the Amended Complaint by its deadline to do so, Plaintiff shall seek a certificate of default by December 5, 2022

      SO ORDERED.

Dated: November 21, 2022
       New York, New York

                                              JOHN P. CRONAN
                                     United States District Judge