# Morgan Lewis

**Michael F. Fleming**
Associate
+1.212.309.6207
michael.fleming@morganlewis.com

January 18, 2023

**VIA ECF**

Hon. John P. Cronan
United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 12D
New York, New York 10007

> **Re:** *Vuppala v. Luxottica USA, LLC*, Case No. 1:22 Civ. 4424 (JPC)
> **Joint Request to Adjourn the Initial Conference**

Judge Cronan:

We represent defendant Luxottica of America, Inc.[1] ("Luxottica") in the above-referenced action. Pursuant to Court's Individual Rules in Civil Cases, we write jointly with counsel for plaintiff Kiran Vuppala ("Plaintiff"), respectfully to request that the Court adjourn the telephonic initial conference scheduled for January 25, 2023 at 11:00 a.m. for a period of at least 30 days to a date and time that is convenient to the Court. In support of this request, counsel for the parties state that the parties are engaged in productive discussions about a possible early resolution of this action. This adjournment, if granted, will permit the parties to focus of on those efforts, rather than on litigation and discovery. This is the parties' first request to adjourn the initial conference. If granted, this extension will not affect any other dates scheduled in this action.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

*/s/ Michael F. Fleming*

Michael F. Fleming

*Attorney for Defendant*

C: All Counsel of Record (Via ECF)

---

[1] Luxottica of America, Inc. is incorrectly identified in the Amended Complaint as "Luxottica USA LLC."

**Morgan, Lewis & Bockius** LLP

101 Park Avenue
New York, NY  10178-0060
United States

T +1.212.309.6000
F +1.212.309.6001

The request is granted.  The Initial Pretrial Conference, currently scheduled for January 25, 2023, is adjourned to February 28, 2023, at 12:00 p.m. via telephone.  At the scheduled time, the parties should call (866) 434-5269, access code 9176261.  The parties' deadline to file a pre-IPTC submission, as detailed in the Court's Individual Rules and previous order, see Dkt. 24, is adjourned to February 21, 2023.  In that submission, the parties should indicate whether a referral to the Court-annexed Mediation Program or to the Honorable Jennifer Willis for a settlement conference would be beneficial.

SO ORDERED.

January 19, 2023
New York, New York

                                                             JOHN P. CRONAN
                                                            United States District Judge