# Morgan Lewis

**Michael F. Fleming**
Associate
+1.212.309.6207
michael.fleming@morganlewis.com

February 21, 2023

**VIA ECF**
Hon. John P. Cronan
United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 12D
New York, New York 10007

> The request is granted. The initial pretrial conference, currently scheduled for February 28, 2023, is adjourned *sine die*. The parties shall file a stipulation of dismissal or a status letter as to settlement by March 22, 2023.
>
> SO ORDERED.
>
> February 22, 2023
> New York, New York
>
> /s/ John P. Cronan
> JOHN P. CRONAN
> United States District Judge

Re:  *Vuppala v. Luxottica USA, LLC*, Case No. 1:22-cv-4424 (JPC)
     **Request for a 30 Day Order**

Judge Cronan:

We represent defendant Luxottica of America, Inc.[1] ("Luxottica") in the above-referenced action. Pursuant to the Court's Individual Rules in Civil Cases, we write with the consent of counsel for Plaintiff Kiran Vuppala ("Plaintiff") to inform the Court that the parties have reached an agreement in principle to resolve this matter. Accordingly, Luxottica respectfully requests that the Court stay all deadlines in this case for a period of 30 days and adjourn the initial conference scheduled for February 28 at 12 p.m. to permit the parties to finalize the terms of their agreement and submit a stipulation of dismissal to the Court. As noted above, Plaintiff's counsel consents to this request. This is Luxottica's first request to stay deadlines pending submission of a stipulation of dismissal. The parties previously requested, and the Court granted, a request to adjourn the initial conference. (*See* Dkt. Nos. 25-26.)

We thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Michael F. Fleming*

Michael F. Fleming

*Attorney for Luxottica*

C: All Counsel of Record (Via ECF)

---

[1] Luxottica of America, Inc. is incorrectly identified in the Amended Complaint as "Luxottica USA LLC."

Morgan, Lewis & Bockius LLP

101 Park Avenue
New York, NY  10178-0060    T +1.212.309.6000
United States               F +1.212.309.6001