# Morgan Lewis

**Michael F. Fleming**
Associate
+1.212.309.6207
michael.fleming@morganlewis.com

March 22, 2023

**VIA ECF**
Hon. John P. Cronan
United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 12D
New York, New York 10007

   Re:   *Vuppala v. Luxottica USA, LLC*, Case No. 1:22-cv-4424 (JPC)
            **Joint Status Letter**

Judge Cronan:

We represent defendant Luxottica of America, Inc.[1] ("Luxottica") in the above-referenced action. Pursuant to the Court's Order of February 22, 2023 (Dkt. No. 28), we write jointly with counsel for Plaintiff Kiran Vuppala ("Plaintiff") to inform the Court that the parties are in the process of finalizing the terms of their agreement to resolve this matter. Accordingly, the parties respectfully request that the Court extend the stay of all deadlines for 30 days to permit the parties to finalize those terms and submit a stipulation of dismissal to the Court.

We thank the Court for its consideration of this request.

Respectfully submitted,

/s/ Michael F. Fleming

Michael F. Fleming

*Attorney for Luxottica*

C: All Counsel of Record (Via ECF)

---

[1] Luxottica of America, Inc. is incorrectly identified in the Amended Complaint as "Luxottica USA LLC."

---

The request is granted. The parties shall file a stipulation of dismissal or a status letter as to settlement by April 26, 2023.

SO ORDERED.

March 23, 2023
New York, New York

_____
JOHN P. CRONAN
United States District Judge

---

**Morgan, Lewis & Bockius** LLP

101 Park Avenue
New York, NY  10178-0060          T +1.212.309.6000
United States                                  F +1.212.309.6001