# Morgan Lewis

**Michael F. Fleming**
Associate
+1.212.309.6207
michael.fleming@morganlewis.com

The request is granted. If the parties do not file a stipulation of dismissal by May 26, 2023, the Court will schedule an initial pretrial conference shortly thereafter. Absent extraordinary circumstances, no further extensions of the initial pretrial conference and the commencement of discovery will be granted.

SO ORDERED.

April 26, 2023
New York, New York

_____
JOHN P. CRONAN
United States District Judge

April 26, 2023

**VIA ECF**
Hon. John P. Cronan
United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 12D
New York, New York 10007

Re:   *Vuppala v. Luxottica USA, LLC*, Case No. 1:22-cv-4424 (JPC)
      **Joint Status Letter**

Judge Cronan:

We represent defendant Luxottica of America, Inc.[1] ("Luxottica") in the above-referenced action. Pursuant to the Court's Order of March 24, 2023 (Dkt. No. 30), we write jointly with counsel for Plaintiff Kiran Vuppala ("Plaintiff") to inform the Court that the parties are continuing to finalize the terms of their agreement to resolve this matter. The parties anticipate having an agreement on final terms within the next 30 days and, accordingly, respectfully request that the Court extend the stay of all deadlines to permit the parties to finalize those terms and submit a stipulation of dismissal to the Court.

We thank the Court for its consideration of this request.

Respectfully submitted,

/s/ Michael F. Fleming

Michael F. Fleming

*Attorney for Luxottica*

C: All Counsel of Record (Via ECF)

---

[1] Luxottica of America, Inc. is incorrectly identified in the Amended Complaint as "Luxottica USA LLC."

Morgan, Lewis & Bockius LLP

101 Park Avenue
New York, NY  10178-0060        T +1.212.309.6000
United States                   F +1.212.309.6001